IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 APR 21 PM 5:06

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO GUTIERREZ-CASTILLO,<br>HELEODORO LUVIANO-CABRERA, and<br>ERIC LUVIANO-CABRERA,<br><br>　　　　　Defendants. | 8:25CR90<br><br>INDICTMENT<br>21 U.S.C. § 846<br>8 U.S.C. § 1326(a) |

The Grand Jury Charges:

## COUNT I

Beginning on or about December 28, 2024, and continuing to on or about January 3, 2025, in the District of Nebraska and elsewhere, the defendants, RICARDO GUTIERREZ-CASTILLO, HELEODORO LUVIANO-CABRERA, and ERIC LUVIANO-CABRERA, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 3, 2025, in the District of Nebraska, the defendant, HELEODORO LUVIANO-CABRERA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland

Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONBOY, IV
Assistant U.S. Attorney